In the Matter of HAROLD L. GOERLICH, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, August 12, 1991

#### APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr. (Robert P. Guido* of counsel), for petitioner.

#### OPINION OF THE COURT

Per Curiam.

On February 14, 1991, the respondent was convicted in the County Court, Nassau County, upon his plea of guilty, of grand larceny in the fourth degree (two counts under two

separate indictments) in violation of Penal Law § 155.30, which constitutes a class E felony. On May 1, 1991, the respondent was sentenced on each count to 90 days in the Nassau County Correctional Center and five years' probation, to run concurrently.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law, effective immediately.

MANGANO, P. J., THOMPSON, BRACKEN, KUNZEMAN and BALLETTA, JJ., concur.

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent Harold L. Goerlich, is disbarred and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent shall continue to comply with this court's rules governing the conduct of disbarred, suspended and resigned attorneys (22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent Harold L. Goerlich is commanded to continue to desist and refrain (1) from practicing law in any form, either as principal or as agent, clerk or employee of another, (2) from appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) from giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) from holding himself out in any way as an attorney and counselor-at-law.